UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

WALTER GUNTER,

                         Plaintiff,

    -against-                                **STIPULATION OF DISMISSAL**
                                                      Civil Case No.: 1:19-cv-01396
                                                      (GTS/ATB)

TOWN OF WAWARSING
and ANTHONY PAES,

                         Defendants.
_____

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action be and the same hereby is dismissed, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with prejudice and on the merits, and without costs to any party as against another. This stipulation may be filed without further notice with the clerk of the Court.

DATED: 7/16/20                                      DATED: July 16, 2020

SUSSMAN & ASSOCIATES                   BAILEY, JOHNSON & PECK, P.C.

By: JONATHAN R. GOLDMAN             By: WILLIAM C. FIRTH
     Bar Roll No. 520155                          Bar Roll No. 513832
Attorneys for Plaintiff                         Attorneys for Defendants
1 Railroad Avenue, Suite 3                 5 Pine West Plaza, Suite 507
P.O. Box 1005                                     Washington Avenue Extension
Goshen, NY 10924                           Albany, NY 12205
E-Mail: jgoldman_sussman1@frontier.com   E-Mail: wcfirth@baileyjohnson.com

IT IS SO-ORDERED.

Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: July 31, 2020